## ACM MCC VI LLC v Able Liquidation Three

2025 NY Slip Op 31548(U)

April 29, 2025

Supreme Court, New York County

Docket Number: Index No. 657261/2019

Judge: Robert R. Reed

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

This decision has been published at
2025 NY Slip Op 50684(U).